# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE STRAGA BOLEYN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No.　1:14-CV-3035-JPH<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  September 22, 2014

　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　By: *s/Pam Howard*
　　　　　　　　　　　　　　　　Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**